UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEN SEVENTY ONE HOME CORP.
and MORTON G. YUTER,

                Plaintiffs,

  -against-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS.

                Defendants.
------------------------------------------------------------x

Civil Action No.

**LIBERTY MUTUAL'S LOCAL CIVIL RULE 7.1 STATEMENT**

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

        None.

Dated: New York, New York
       December 11, 2007

Respectfully submitted,

JAFFE & ASHER LLP

By: _____
   Marshall T. Potashner (MTP-3552)
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000