12-20-2007  12:28pm  From-JAFFE & ASHER          2126871073        T-481  P.002/002  F-817

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TEN SEVENTY ONE HOME CORP.           Civil Action No.
and MORTON G. YUTER,                 07 Civ. 11211 (DC)

    Plaintiffs,

-against-

LIBERTY MUTUAL FIRE INSURANCE        STIPULATION
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS.

    Defendants.
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY's time to answer, move, or otherwise respond to the complaint shall be, and hereby is, adjourned until and including January 18, 2008, and that plaintiffs, by this stipulation, do not waive any argument that the removal was improper or any right to move to remand this action back to state court.

Dated: New York, New York
       December 20, 2007

LAW OFFICES OF PILLINGER,            JAFFE & ASHER LLP
MILLER TARALLO, LLP

By: _____          By: _____
   C. William Yanuck (CWY-2008)        Marshall T. Potashner (MTP-3552)
Attorneys for Plaintiffs             Attorneys for Defendant
TEN SEVENTY ONE HOME CORP.           LIBERTY MUTUAL FIRE INSURANCE
and MORTON G. YUTER                  COMPANY
570 Taxter Road, Suite 275           600 Third Avenue, 9th Floor
Elmsford, New York 10523             New York, New York 10016
(914) 703-6300                       (212) 687-3000

**SO ORDERED:**

_____
Hon. Denise Cote, U.S.D.J.
December 21, 2007