UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

TEN SEVENTY ONE HOME CORP.   Civil Acton No.
and MORTON G. YUTER,   07 Civ. 11211 (DC)

            Plaintiffs,

  -against-

            **AFFIDAVIT OF SERVICE**

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS.

            Defendants.
--------------------------------------------------------------------x
STATE OF NEW YORK   )
                         )ss.:
COUNTY OF NEW YORK)

        I, Irina Finkler, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Kings.

        That on January 7, 2008, I served a copy of the within **Answer**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

            LAW OFFICES OF PILLINGER,
            MILLER TARALLO, LLP
            570 Taxter Road, Suite 275
            Elmsford, New York 10523

                                                      _Irina Finkler_
                                                      Irina Finkler

Sworn to before me this
7th day of January, 2008

_NOTARY PUBLIC_

DAVID R. SHYER
Notary Public - State of New York
No. 02SH6136651
Qualified in New York County
My Comm. Expires Nov. 14, 2009