UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEN SEVENTY ONE HOME CORP.
and MORTON G. YUTER,

                Plaintiffs,

    -against-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS.

                Defendants.
------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                Third-Party Plaintiff,

    -against-

GREENWICH INSURANCE COMPANY,

                Third-Party Defendant.
------------------------------------------------------------x

Civil Action No.
07 Civ. 11211 (DC)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            )ss.:
COUNTY OF NEW YORK)

       I, Irina Finkler, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New York, County of Kings.

       That on January 9, 2008, I served a copy of the within **Notice of Initial Pretrial Conference and Individual Practices in Civil Cases of Denise Cote, United States District Judge**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of

New York, to the following:

>Greenwich Insurance Company
>70 Seaview Avenue
>Stamford, CT 06902-6040
>
>Law Offices of Pillinger Miller Tarallo, LLP
>570 Taxter Road, Suite 275
>Elmsford, New York 10523

*Irina Finkler*
Irina Finkler

Sworn to before me this
9th day of January, 2008

*Susan E. Fioretti*
NOTARY PUBLIC

SUSAN E. FIORETTI
Notary Public, State of New York
No. 01FL4923004
Qualified in Queens County
Commission Expires March 14, 20 10

2