SOUTHERN DISTRICT OF NEW YORK OF THE
UNITED STATES DISTRICT COURT
----------------------------------------x
TEN SEVENTY ONE HOME CORP. and
MORTON YUTER,                                          **NOTICE OF APPEARANCE**

                Plaintiffs.

-against-                                              Civil Action No.
                                                       07 CIV 11211 (DC)
LIBERTY MUTUAL FIRE INSURANCE COMPANY,
JOSH NEUSTEIN, LEONARD W. HUTCHINGS, and               Hon.   Denise   Cote,
JUDY HUTCHINGS,                                        U.S.D.J.

                Defendants.
----------------------------------------x

      Plaintiffs, TEN SEVENTY ONE HOME CORP., AND MORTON G. YUTER appears in this action by Pillinger Miller Tarallo, LLP and demands that all other papers be served upon the undersigned at offices, 570 Taxter Road, Suite 275, Elmsford, New York 10523.

Dated:  Elmsford,  New York
        January 25, 2008

                              *Yours, etc.,*

                              PILLINGER MILLER TARALLO, LLP

                              BY: _____
                                  JEFFREY T. MILLER (JTM8179)
                              Attorneys for Plaintiffs
                              Ten Seventy One Home Corp., and Morton G. Yuter
                              570 Taxter Road
                              Suite 275
                              Elmsford, New York 10523
                              914) 703-6300
                              Our File No.  HC-00103.1/CWY

**TO: SEE ATTACHED RIDER**

**RIDER**

LAW OFFICES OF DANIEL CHAVEZ
Attorney for Defendants
Leonard W. Hutchings and Judy Hutchings
704 East Tremont Avenue
Bronx, New York 10457
(718) 294-4030

HENDERSON & BRENNAN
Attorney for Defendant
Josh Neustein
222 Mamaroneck Avenue
White Plains, New York 10605
(914) 761-2700

JAFFE & ASHER
Attorney for Defendant
Liberty Mutual
600 Third Avenue
9th Floor
New York, New York 10016
(212) 687-3000

STATE OF NEW YORK, COUNTY OF WESTCHESTER     s.s.:

### AFFIDAVIT OF SERVICE BY MAIL

THERESA LUGO, being duly sworn, deposes and says that deponent is employed by Pillinger Miller Tarallo, LLP, the attorney for plaintiffs Ten Seventy One Home Corp., and Morton G. Yuter, is over the age of eighteen, is not a party to this action, and resides at Employee.

On January 29, 2008, deponent served the within Notice of Appearance upon:

LAW OFFICES OF DANIEL CHAVEZ
704 East Tremont Avenue
Bronx, New York 10457
(718) 294-4030
Attorney for Defendants, Leonard W. Hutchings and Judy Hutchings

HENDERSON & BRENNAN
222 Mamaroneck Avenue
White Plains, New York 10605
(914) 761-2700
Attorney for Defendant, Josh Neustein

JAFFE & ASHER
600 Third Avenue
9th Floor
New York, New York 10016
(212) 687-3000
Attorney for Defendant, Liberty Mutual

the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper in - a post office - official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
THERESA LUGO

Sworn to before me
January 29, 2008.

_____
NOTARY PUBLIC

Debra L. Castiglione
Notary Public, State of NY
No. 01CA4808725
Qualified in Richmond County
Commission Expires 02 / 28 / 2011

INDEX NO. 07 CIV 11211 (DC)

SOUTHERN DISTRICT OF NEW YORK OF THE
UNITED STATES DISTRICT COURT

TEN SEVENTY ONE HOME CORP. and
MORTON YUTER,

                        Plaintiffs.

-against-

LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSH NEUSTEIN, LEONARD W. HUTCHINGS, and JUDY HUTCHINGS,

                        Defendants.

### NOTICE OF APPEARANCE

**PILLINGER MILLER TARALLO, LLP**
Attorneys for Plaintiffs
Ten Seventy One Home Corp., and
Morton G. Yuter
570 Taxter Road
Suite 275
Elmsford, New York 10523
(914) 703-6300
HC-00103.1/CWY

**PLEASE TAKE NOTICE**

☐   that the within is a true copy of a     entered in the office of the clerk of the within named Court on   .

☐   that a     of which the within is a true copy will be presented for settlement to the Hon. one of the judges of the within named Court at     , on at 9:30 a.m.

**PILLINGER MILLER TARALLO, LLP**
Attorneys for Plaintiffs
Ten Seventy One Home Corp., and Morton G. Yuter
570 Taxter Road
Suite 275
Elmsford, New York 10523
(914) 703-6300
Our File No. HC-00103.1/CWY

CWY/trl
72192.wpd