Ten Seventy One Home Corp. and
Morton G. Yuter,

                                      Plaintiff(s)

        -against-

Liberty Mutual Fire Insurance Company, et al.,

                                      Defendant(s)

---

Liberty Mutual Fire Insurance Company,

                                      Third-Party Plaintiff(s)

        -against-

Greenwich Insurance Company,

                                      Third-Party Defendant(s)

**AFFIDAVIT OF SERVICE**

Case No. 07 Civ. 11211 (DC)

---

State of New York )
                ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 23, 2008 at approximately 1:45 PM deponent served the following specific papers Third Party Summons in a Civil Action and Third-Party Complaint with Exhibit A, Individual Practices in Civil Cases Denise Cote, United States District Judge revised March 23, 2005 and Third Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004, that the party served was Greenwich Insurance Company, by personally serving one copy of the aforesaid papers at the office of the NYS Department of Insurance located at 99 Washington Avenue, in the City of Albany, New York by delivering to and leaving papers with Patrick Harrigan, a white male with brown hair, being approximately 46-55 years of age; height of over 6', weight of 160-190 lbs., being an authorized person in NYS Department of Insurance and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                                     _Mary M. Bonville_
                                                                                     Mary M. Bonville

Sworn to before me this 23rd day of January, 2008

_Ruth A. Dennehey_
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010