UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| Plaintiff, | Civil Docket No.:<br>07 Civ. 11211 (DC) |
| TEN SEVENTY ONE HOME CORP. and MORTON G. YUTER, | **STIPULATION<br>ENLARGING TIME TO<br>RESPOND TO THIRD-<br>PARTY COMPLAINT** |
| V. Defendant and Third-Party Plaintiff, | |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSH NEUSTEIN, LEONARD W. HUTCHINGS, and JUDY HUTCHINGS, | |
| V. Third Party Defendant | |
| GREENWICH INSURANCE COMPANY. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Defendant/Third-Party Plaintiff, **LIBERTY MUTUAL FIRE INSURANCE COMPANY** and the Third-Party Defendant, **GREENWICH INSURANCE COMPANY** ("Greenwich"), that the time within which Greenwich is to respond to the Third-Party Complaint is enlarged up to and including **March 17, 2008**.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Third-Party Defendant Greenwich agrees to waive the affirmative defense of lack of personal jurisdiction, and inadequate service of process.



Dated: New York, New York
    February 8, 2008

JAFFE & ASHER, LLP

By: _____
Marshall T. Potashner, Esq. (MTP 3552)
Attorney for Defendant/Third-Party Plaintiff
**LIBERTY MUTUAL FIRE INSURANCE COMPANY**
600 Third Avenue, 9th Floor
New York, NY 10016
(212) 687-3000

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
GLENN J. FUERTH (GJF 5848)
Attorney for Third-Party Defendant
**GREENWICH INSURANCE COMPANY**
150 East 42nd Street
New York, NY 10017
(212) 490-3000
(212) 490-3038 (f)

SO ORDERED
_____
    USDJ
    Feby 8, 2008

3117501.1