```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TEN SEVENTY ONE HOME CORP. and MORTON   :
G. YUTER,                               :        07 CIV. 11211 (DLC)
                Plaintiffs-Respondents, :
                                        :           PRETRIAL
        -v-                             :        SCHEDULING ORDER
                                        :
LIBERTY MUTUAL FIRE INSURANCE COMPANY,  :
                                        :
                Defendant-Petitioner,   :
                                        :
JOSH NEUSTEIN, LEONARD W. HUTCHINGS,    :
and JUDY HUTCHINGS,                     :
                                        :
                Defendants.             :
----------------------------------------X
```

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/15/08 |

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to
Rule 16, Fed.R.Civ.P., on February 8, 2008, the following
schedule shall govern the further conduct of pretrial proceedings
in this case:

1.  The parties shall comply with their Rule 26(a)(1),
    Fed.R.Civ.P., initial disclosure obligations by **March 28,
    2008.**

2.  The parties are instructed to contact the chambers of
    Magistrate Judge Dolinger prior to **April 11, 2008** in order
    to pursue settlement discussions under his supervision.

3.  All fact discovery must be completed by **July 25, 2008.**

4.  Plaintiffs' identification of experts and disclosure of
    expert testimony conforming to the requirements of Rule
    26(a)(2)(B), Fed.R.Civ.P., must occur by **August 1, 2008.**
    Defendants' identification of experts and disclosure of
    expert testimony must occur by **September 12, 2008.**

5.  All expert discovery must be completed by **October 3, 2008.**

6.  The Joint Pretrial Order must be filed by **October 31, 2008.**

    As described in this Court's Individual Practices in Civil
    Cases, the following documents must be filed with the
    Pretrial Order:  Proposed Findings of Fact and Conclusions
    of Law and a Memorandum of Law addressing all questions of
    law expected to arise at trial.  Any responsive papers are
    due one week thereafter.

All direct testimony except for testimony of an adverse
party, a person whose attendance must be compelled by
subpoena, or a witness for whom a party has requested and
the Court has agreed to hear the direct testimony at trial,
shall be submitted by affidavits served, **but not filed**, with
the Joint Pretrial Order.

Those portions of depositions that are being offered as
substantive evidence, along with a one page synopsis (with
transcript citations) of such testimony for each deposition,
shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel
for each party shall submit a list of all affiants that
he or she intends to cross-examine at the trial.
Affiants for whom such notice is not given are not
required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy
of all these documents at the time they are served, as well
as two sets of pre-marked exhibits assembled sequentially i)
in a looseleaf binder, or ii) in separate manila folders
labelled with the exhibit numbers and placed in a suitable
container or box for ready reference.

Dated:     New York, New York
           February 15, 2008

                              _____
                                   DENISE  COTE
                              United States District Judge

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
TEN SEVENTY ONE HOME CORP. and MORTON   :
G. YUTER,                               :        07 CIV. 11211 (DLC)
              Plaintiffs-Respondents,   :
                                        :            PRETRIAL
         -v-                            :        SCHEDULING ORDER
                                        :
LIBERTY MUTUAL FIRE INSURANCE COMPANY,  :
                                        :
              Defendant-Petitioner,     :
                                        :
JOSH NEUSTEIN, LEONARD W. HUTCHINGS,    :
and JUDY HUTCHINGS,                     :
                                        :
              Defendants.               :
----------------------------------------X
```

<table>
<tr><td>USDC SDNY</td></tr>
<tr><td>DOCUMENT</td></tr>
<tr><td>ELECTRONICALLY FILED</td></tr>
<tr><td>DOC #: _____</td></tr>
<tr><td>DATE FILED: 2/15/08</td></tr>
</table>

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on February 8, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.  The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **March 28, 2008**.

2.  The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **April 11, 2008** in order to pursue settlement discussions under his supervision.

3.  All fact discovery must be completed by **July 25, 2008**.

4.  Plaintiffs' identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **August 1, 2008**. Defendants' identification of experts and disclosure of expert testimony must occur by **September 12, 2008**.

5.  All expert discovery must be completed by **October 3, 2008**.

6.  The Joint Pretrial Order must be filed by **October 31, 2008**.

    As described in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Proposed Findings of Fact and Conclusions of Law and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter.

1

All direct testimony except for testimony of an adverse
party, a person whose attendance must be compelled by
subpoena, or a witness for whom a party has requested and
the Court has agreed to hear the direct testimony at trial,
shall be submitted by affidavits served, **but not filed**, with
the Joint Pretrial Order.

Those portions of depositions that are being offered as
substantive evidence, along with a one page synopsis (with
transcript citations) of such testimony for each deposition,
shall be exchanged at the time the Pretrial Order is filed.

Three days after submission of the affidavits, counsel
for each party shall submit a list of all affiants that
he or she intends to cross-examine at the trial.
Affiants for whom such notice is not given are not
required to be present at trial.

Counsel will provide the Court with a one (1) courtesy copy
of all these documents at the time they are served, as well
as two sets of pre-marked exhibits assembled sequentially i)
in a looseleaf binder, or ii) in separate manila folders
labelled with the exhibit numbers and placed in a suitable
container or box for ready reference.

Dated:    New York, New York
          February 15, 2008

                              DENISE COTE
                    United States District Judge

2