UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- -X

TEN SEVENTY ONE HOME CORP. and MORTON G. YUTER,

          Plaintiffs-Respondents,

-v-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

          Defendant-Petitioner,

JOSH NEUSTEIN, LEONARD W. HUTCHINGS, and JUDY HUTCHINGS,

          Defendants.
------------------------------------------------------------- -X

07 CIV. 11211 (DLC)
(MHD)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute*

_____

_____

\_\_\_ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\* Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:   New York, New York
              February 15, 2008

                                              /s/ DENISE COTE
                                              DENISE COTE
                                           United States District Judge