```
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
TEN SEVENTY ONE HOME CORP. and MORTON G.
YUTER,
                                                    RULE    26(a)(1)
                      Plaintiffs,                   DISCLOSURE

        -against-
                                                    Index No. 07 CIV 11211
LIBERTY MUTUAL FIRE INSURANCE COMPANY,              (DC)
JOSH NEUSTEIN, LEONARD W. HUTCHINGS and
JUDY HUTCHINGS,                                     Hon.    Denise    Cote,
                                                    U.S.D.J.
                      Defendants.
---------------------------------------X
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

              Third-Party Plaintiff,

        -against-

GREENWICH INSURANCE COMPANY,

              Third-Party Defendant.
---------------------------------------X
```

S I R S:

PLEASE TAKE NOTICE that plaintiffs TEN SEVENTY ONE HOME CORP. and MORTON G. YUTER, by their attorneys as and for their Rule 26(a)(1) Disclosure respectfully set forth as follows:

1. Witnesses – Josh Neustein, President of Ten Seventy One Home Corp., 3001 Arlington Avenue, Bronx, New York 10463, (718) 796-3200, has information regarding the facts of the underlying action and this declaratory judgment action, including the service of demands for insurance coverage upon defendant Liberty Mutual and third-party defendant Greenwich Insurance Company, and the extent

of insurance coverage provided to the plaintiffs in this action; Morton G. Yuter, 5 Dover Avenue, Garden City, New York 11530, has knowledge of the facts of the underlying action and this declaratory judgment action, including the service of demands for insurance coverage upon defendant Liberty Mutual and third-party defendant Greenwich Insurance Company, and the extent of insurance coverage provided to the plaintiffs in this action; Celeste Morabito, Liberty Mutual Claim Department, 80 Grasslands Road, Elmsford, New York 10523, (914) 785-0180, has knowledge of receipt by defendant Liberty Mutual of demands for insurance coverage served by or on behalf of the plaintiffs, and may have information regarding disclaimer of insurance coverage by defendant Liberty Mutual; Anne Negron, GLN Worldwide, 707 Westchester Avenue, White Plains, New York 10604, (914) 683-1110, and/or other employees pf GLN Worldwide, as broker for plaintiff Ten Seventy One Home Corp. may have information regarding service of demands for insurance coverage upon defendant Liberty Mutual and third-party defendant Greenwich Insurance Company and the extent of insurance coverage provided to the plaintiffs in this action; Paul D. Meany, Senior Liability Analyst for Broadspire, claims agent for Greenwich Insurance Company may have information regarding the disclaimer of insurance coverage on behalf of third-party defendant Greenwich Insurance Company; SJ International Brokers, 19 West 44th Street, Suite 1507, New York, New York 10036, (212) 921-5868, its agents,

servants and/or employees as insurance brokers and/or agents in this matter may have information regarding service of demands for insurance coverage upon defendant Liberty Mutual and third-party defendant Greenwich Insurance Company and the extent of insurance coverage provided to the plaintiffs in this action.

2.   Documents - Plaintiffs hereby identify the following documents that it may use to support its claim: Liberty Mutual insurance policies numbers H32 221 376600-001, H32 22 376600-001 3, LJ1-221 4394060, and/or LJ1-221 439406-001 0, and the endorsements, amendments and declaration sheets associated therewith, as well as the underwriting files, claim files, certificates of insurance and correspondence relating to the issuance of such policies, the correspondence pertaining to demands for insurance coverage under such policies, and all related documents incident thereto; Greenwich Insurance policy numbers WGG 5001564 and WGG 5001567, and the endorsements, amendments and declaration sheets associated therewith, as well as the underwriting files, claim files, certificates of insurance and correspondence relating to the issuance of such policies, the correspondence pertaining to demands for insurance coverage under such policies, and all related documents incident thereto.

3.   Computation of category damages - Not applicable.

4.   Insurance - Not applicable.

Dated: Elmsford, New York
       February 28, 2008

                        *Yours, etc.,*

                        PILLINGER MILLER TARALLO, LLP

                        BY: _____
                            C. WILLIAM YANUCK (CY2008)
                        Attorneys for Plaintiffs
                        Ten Seventy One Home Corp., and Morton G.
                        Yuter
                        570 Taxter Road
                        Suite 275
                        Elmsford, New York 10523
                        (914) 703-6300
                        Our File No.  HC-00103.1/CWY

**TO:**
JAFFE & ASHER
Attorneys for Defendant
Liberty Mutual
600 Third Avenue
9th Floor
New York, New York 10016
(212) 687-3000

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Attorneys for Third-Party Defendant
Greenwich Insurance Company
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Automatic Disclosure pursuant to FRCP Rule 26(a)(1) was served by Federal Express overnight delivery on February 28, 2008, to all counsel of record as indicated on the service list below.

**SERVICE LIST**

JAFFE & ASHER
600 Third Avenue
9th Floor
New York, New York 10016
(212) 687-3000
Attorney for Defendant
Liberty Mutual

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000
Attorney for Third-Party Defendant
Greenwich Insurance Company

———————————————
C. WILLIAM YANUCK (CY2008)