UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEN SEVENTY ONE HOME CORP. and MORTON G. YUTER, : Docket No.: 07 CV 11211 (DLC)

            Plaintiffs, :

-against- : **NOTICE OF APPEARANCE**

LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSH NEUSTEIN, LEONARD W. HUTCHINGS, and JUDY HUTCHINGS, :

           Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LIBERTY MUTUAL FIRE INSURANCE COMPANY, :

           Third-Party Plaintiff, :

-against- :

GREENWICH INSURANCE COMPANY, :

           Third-Party Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

    **PLEASE TAKE NOTICE THAT,** the undersigned hereby appears as counsel for Third-Party Defendant, Greenwich Insurance Company, in the above-captioned matter. Please enter this appearance and change the Court's records to reflect the foregoing, directing all correspondence, court papers, and notices to the address below.

Dated: New York, New York
      March 13, 2008

3151436.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
GLENN J. FUERTH (GJF 5848)
RAY HUGHES (CRH 9425)
Attorneys for Third-Party Defendant
GREENWICH INSURANCE
COMPANY
150 East 42nd Street
New York, New York 10017
(212) 490-3000
(212) 490-3038 (f)
File No.: 10097.00119
Ray.Hughes@wilsonelser.com
Glenn.Fuerth@wilsonelser.com

To: Marshall T. Potashner, Esq.
Jaffe & Asher LLP
Attorneys for Defendant/Third-Party Plaintiff
Liberty Mutual Fire Insurance Company
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000
(212) 687-9639 (f)
MPotashner@jaffeandasher.com

C. William Yanuck, Esq.
Pillinger Miller Tarallo, LLP
Attorneys for Plaintiffs
Ten Seventy One Home Corp. and Morton Yuter
570 Taxter Road, Suite 275
Elmsford, New York 10523
(914) 703-6300
(914) 703-6688 (f)
WYanuck@pmtlawfirm.com

3151436.1