UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEN SEVENTY ONE HOME CORP. and MORTON G. YUTER,

       Plaintiffs,

-against-

LIBERTY MUTUAL FIRE INSURANCE COMPANY, JOSH NEUSTEIN, LEONARD W. HUTCHINGS, and JUDY HUTCHINGS,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

       Third-Party Plaintiff,

-against-

GREENWICH INSURANCE COMPANY,

       Third-Party Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Docket No.: 07 CV 11211
(DLC)

**THIRD-PARTY DEFENDANT GREENWICH INSURANCE COMPANY. RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Third-Party Defendant, Greenwich Insurance Company ("Greenwich"), through counsel, hereby files its Corporate Disclosure Statement in compliance with the provisions of Rule 7.1, of the Federal Rules of Civil Procedure.

  Greenwich is incorporated in Delaware with its principal place of business in Stamford, Connecticut and is a wholly owned subsidiary of XL Specialty Insurance Company. XL Specialty Insurance Company, a Delaware corporation, is a wholly owned subsidiary of Intercargo Corporation. Intercargo Corporation, a Delaware corporation, is a wholly-owned subsidiary of XL Reinsurance America, Inc. XL Reinsurance America, Inc., a New York corporation (formerly known as NAC Re Corporation) is an indirect wholly-owned subsidiary of XL America, Inc.

3153619.1

XL America, Inc. is a holding company incorporated in Delaware and is an indirect wholly owned subsidiary of XL Capital, Ltd., a Cayman Islands corporation.

A supplemental disclosure statement will be filed upon any change in the information provided therein.

Dated:  New York, New York
        March 17, 2008

> Respectfully submitted,
>
> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
>
> By: _____
> GLENN J. FUERTH (GJF 5848)
> Attorneys for Third-Party Defendant
> GREENWICH INSURANCE COMPANY
> 150 East 42nd Street
> New York, New York 10017
> (212) 490-3000
> (212) 490-3038 (f)
> Glenn.Fuerth@wilsonelser.com

To:   Marshall T. Potashner, Esq.
      Jaffe & Asher LLP
      Attorneys for Defendant/Third-Party Plaintiff
      Liberty Mutual Fire Insurance Company
      600 Third Avenue, 9th Floor
      New York, New York 10016
      (212) 687-3000
      (212) 687-9639 (f)
      MPotashner@jaffeandasher.com

      C. William Yanuck, Esq.
      Pillinger Miller Tarallo, LLP
      Attorneys for Plaintiffs
      Ten Seventy One Home Corp. and Morton Yuter
      570 Taxter Road, Suite 275
      Elmsford, New York 10523
      (914) 703-6300
      (914) 703-6688 (f)
      WYanuck@pmtlawfirm.com

3153619.1