UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TEN SEVENTY ONE HOME CORP.
and MORTON G. YUTER,

        Plaintiffs,

-against-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS,

        Defendants.
----------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

        Third-Party Plaintiff,

-against-

GREENWICH INSURANCE COMPANY,

        Third-Party Defendant.
----------------------------------------x

Civil Action No.
07 Civ. 11211 (DC)

**STIPULATION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties to this action that opposition papers to third-party defendant GREENWICH INSURANCE COMPANY'S ("Greenwich") motion to dismiss must be served and filed on or before April 21, 2008.

    IT IS FURTHER AGREED, that Greenwich must serve and file its reply papers, if any, on or before May 5, 2008.

1

RECEIVED TIME MAR. 25. 2:38PM

IT IS FURTHER AGREED, that this Stipulation may be signed in counterparts and that a copy will be deemed an original in all respects.

Dated: New York, New York
March 25, 2008

PILLINGER MILLER TARALLO, LLP

By: _____
C. William Yanuck, Esq. CY2008
Attorneys for Plaintiffs
TEN SEVENTY ONE HOME CORP.
and MORTON G. YUTER
570 Taxter Road, Suite 275
Elmsford, New York 10523
(914) 703-6300

JAFFE & ASHER LLP

By: _____
Barak P. Cardenas, Esq. (BC-1276)
Marshall T. Potashner, Esq. (MTP-3552)
Attorneys for Defendant/Third-Party Plaintiff
LIBERTY MUTUAL FIRE
INSURANCE COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Glenn J. Fuerth, Esq. (GJF-5848)
Attorneys for Third-Party Defendant
GREENWICH INSURANCE COMPANY
150 East 42nd Street
New York, New York 10017
(212) 490-3000

So Ordered:

_____
Hon. Denise Cote, U.S.D.J.

March 28, 2008

2