UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TEN SEVENTY ONE HOME CORP.　　　　　　　Civil Action No.
and MORTON G. YUTER,　　　　　　　　　　　07 Civ. 11211 (DC)

　　　　　　　Plaintiffs,

　-against-

LIBERTY MUTUAL FIRE INSURANCE　　　　　**CERTIFICATE OF SERVICE**
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS.

　　　　　　　Defendants.
------------------------------------------------------------x
LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

　　　　　　　Third-Party Plaintiff,

　-against-

GREENWICH INSURANCE COMPANY,

　　　　　　　Third-Party Defendant.
------------------------------------------------------------x

　　　　I, **Marshall T. Potashner**, hereby certify that on April 18, 2008, I electronically filed the **Memorandum of Law in Opposition to Third-Party Defendant's Motion to Dismiss** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

　　　　Christopher Ray Hughes　　ray.hughes@wilsonelser.com
　　　　Counsel for Third-Party Defendant Greenwich Insurance Company

1

      Jeffrey Todd Miller    jmiller@pmtlawfirm.com
      Counsel for Plaintiffs Ten Seventy One Home Corp. and Morton G. Yuter

Dated: New York, New York
      April 18, 2008

                                        /s/ *Marshall T. Potashner*

                                        Marshall T. Potashner (MTP-3552)