# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NEW YORK )

    RAY HUGHES, being duly sworn, hereby deposes and says: that deponent is not a party to the action, is over 18 years of age and resides in New York County, New York.

    That on the 5th day of May, 2008, deponent served the within MEMORANDUM OF LAW IN REPLY TO THE OPPOSITION OF THIRD-PARTY PLAINTIFF LIBERTY MUTUAL FIRE INSURANCE COMPANY AND IN FURTHER SUPPORT OF THIRD-PARTY DEFENDANT GREENWICH INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(6) upon:

> Marshall T. Potashner, Esq.
> Jaffe & Asher LLP
> Attorneys for Defendant/Third-Party Plaintiff
> Liberty Mutual Fire Insurance Company
> 600 Third Avenue, 9th Floor
> New York, New York 10016
>
> C. William Yanuck, Esq.
> Pillinger Miller Tarallo, LLP
> Attorneys for Plaintiffs
> Ten Seventy One Home Corp. and Morton Yuter
> 570 Taxter Road, Suite 275
> Elmsford, New York 10523

at the addresses designated by said parties for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper to each address, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                       RAY HUGHES

Sworn to before me
this 5th day of May, 2008

_____
Notary Public

MARCIA SAUNDERS
NOTARY PUBLIC, State of New York
No. 31-4717571
Qualified in New York County
Commission Expires May 31, 2010

3218495.1