UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | |
|---|---|
| TEN SEVENTY ONE HOME CORP.<br>and MORTON G. YUTER, | Civil Action No.<br>07 Civ. 11211 (DLC) |

                   Plaintiffs,

     -against-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, JOSH NEUSTEIN, LEONARD
W. HUTCHINGS, and JUDY HUTCHINGS,

                   Defendants.

-------------------------------------------------------------x

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                 Third-Party Plaintiff,

     -against-

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, | **NOTICE OF APPEARANCE** |

                 Third-Party Defendant.

-------------------------------------------------------------x

       **PLEASE TAKE NOTICE THAT** the undersigned appears in the above-captioned action as co-counsel for defendant/ third-party plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY, and that all papers served and/or filed in the above-

captioned action must be served on the undersigned.

Dated:  New York, New York
        June 5, 2008

                              Yours, etc.,

                              JAFFE & ASHER LLP


                    By:      */s/ David R. Shyer*
                             David R. Shyer (DS-6506)
                             Attorneys for Defendant/
                             Third Party Plaintiff
                             LIBERTY MUTUAL FIRE
                             INSURANCE COMPANY
                             600 Third Avenue, 9TH Floor
                             New York, New York 10016
                             (212) 687-3000
                             DShyer@Jaffeandasher.com