```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
TEN SEVENTY ONE HOME CORP. and MORTON   :
G. YUTER,                               :
                            Plaintiffs, :
                                        :
            -v-                         :
                                        :
LIBERTY MUTUAL FIRE INSURANCE COMPANY,  :
JOSH NEUSTEIN, LEONARD W. HUTCHINGS,    :
and JUDY HUTCHINGS,                     :
                            Defendants. :   07 Civ. 11211 (DLC)
                                        :
----------------------------------------X   ORDER
                                        :
LIBERTY MUTUAL FIRE INSURANCE COMPANY,  :
         Third-Party Plaintiff,         :
                                        :
            -v-                         :
                                        :
GREENWICH INSURANCE COMPANY,            :
         Third-Party Defendant.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

DENISE COTE, District Judge:

By Opinion dated June 18, 2008, third-party defendant Greenwich Insurance Company's motion to dismiss defendant/third-party plaintiff Liberty Mutual Fire Insurance Company's third-party complaint was granted.  Accordingly, it is hereby

ORDERED that a telephonic conference for all parties remaining in the action shall be held on Wednesday, July 9 at 4:00 p.m.  Plaintiffs shall coordinate the call with defendants.

IT IS FURTHER ORDERED that the parties shall be prepared to

discuss the impact of the June 18 Opinion on this action.

SO ORDERED:

Dated:   New York, New York
         June 19, 2008

*[signature]*
DENISE COTE
United States District Judge