USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
 :
TEN SEVENTY ONE HOME CORP. and MORTON :
G. YUTER, :
       Plaintiffs, :
 :      07 Civ. 11211 (DLC)
     -v- :
 :           ORDER
LIBERTY MUTUAL FIRE INSURANCE COMPANY, :
JOSH NEUSTEIN, LEONARD W. HUTCHINGS, :
and JUDY HUTCHINGS, :
       Defendants. :
 :
-------------------------------------X

DENISE COTE, District Judge:

During a telephonic conference held today, the parties to this action indicated that they wished to change certain deadlines set for discovery in this Court's pretrial scheduling order dated February 15, 2008. Accordingly, it is hereby

ORDERED that the parties, on consent, may change any discovery deadlines imposed by the February 15 Order, except for the October 31, 2008 deadline for submission of the pretrial order in this non-jury case. The October 31 date shall not change.

SO ORDERED:

Dated:   New York, New York
         July 9, 2008

                              _____
                                      DENISE COTE
                              United States District Judge