```
SOUTHERN DISTRICT OF NEW YORK OF THE
UNITED STATE DISTRICT COURT
------------------------------------X
TEN SEVENTY ONE HOME CORP. and MORTON G.      STIPULATION OF
YUTER,                                        DISCONTINUANCE
                                              WITH PREJUDICE
                Plaintiffs,

    -against-                                 Index No.
                                              07 CIV 11211 (DC)
LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                Defendants.                   Hon.  Denise  Cote,
------------------------------------X         U.S.D.J.
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties to the above-captioned matter that, the plaintiff's action is hereby dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Elmsford, New York
       August 8, 2008

PILLINGER MILLER TARALLO, LLP          JAFFE & ASHER
BY: C. WILLIAM YANUCK (CY2008)         Attorney for Defendant
Attorneys for Plaintiffs               Liberty Mutual
Ten Seventy One Home Corp., and        600 Third Avenue
Morton G. Yuter                        9th Floor
570 Taxter Road, Suite 275             New York, New York 10016
Elmsford, New York 10523               (212) 687-3000
(914) 703-6300
Our File No.  HC-00103.1/CWY