Case 1:07-cv-11211-DLC   Document 33   Filed 08/13/2008   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/08
```

SOUTHERN DISTRICT OF NEW YORK OF THE
UNITED STATE DISTRICT COURT
------------------------------------X
TEN SEVENTY ONE HOME CORP. and MORTON G.
YUTER,

      Plaintiffs,

 -against-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

      Defendants.
------------------------------------X

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

Index No.
07 CIV 11211 (DC)

Hon. Denise Cote,
U.S.D.J.

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties to the above-captioned matter that, the plaintiff's action is hereby dismissed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice and without costs to any party as against another. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Elmsford, New York
   August 8, 2008

| | |
|---|---|
| PILLINGER MILLER TARALLO, LLP<br>BY: C. WILLIAM YANUCK (CY2008)<br>Attorneys for Plaintiffs<br>Ten Seventy One Home Corp., and<br>Morton G. Yuter<br>570 Taxter Road, Suite 275<br>Elmsford, New York 10523<br>(914) 703-6300<br>Our File No. HC-00103.1/CWY | JAFFE & ASHER<br>Attorney for Defendant<br>Liberty Mutual<br>600 Third Avenue<br>9th Floor<br>New York, New York 10016<br>(212) 687-3000 |

*The Clerk of Court shall close the case.*

*So ordered.*
*Denise Cote*
*August 13, 2008*